**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN**<br>**ACTING COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

May 20, 2020

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:   Rector v. County of Suffolk, et al.
         16-cv-3636 (JMA)(AYS)

Dear Judge Azrack:

The parties wish to inform the Court that a proposed settlement has been reached in the above captioned matter.   Since the settlement is for an amount greater than $25,000 approval is required by the Suffolk County Legislature.   Once the legislature has approved the settlement the parties will submit an application and order for Court approval pursuant to Section 6-n of the General Municipal Law of the State of New York.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Acting County Attorney

By:   */s/ Brian C. Mitchell*
         Brian C. Mitchell
         Assistant County Attorney

CC: Jason Leventhal, Esq.; Scott A. Korenbaum, Esq. (via ECF)